No. M–44. ARIAS *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 93–935. FREEMAN UNITED COAL MINING CO. *v.* JONES, WIDOW OF JONES, DECEASED, ET AL., 512 U. S. 1231. Motion of respondent Fairy Dell Jones for fees denied without prejudice to refiling in the United States Court of Appeals for the Seventh Circuit.

No. 96–270. AMCHEM PRODUCTS, INC., ET AL. *v.* WINDSOR ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 957.] Motion of respondents Aileen Cargile et al. to substitute parties granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 96–6547. McDONALD *v.* GEORGE MEANY CENTER FOR LABOR STUDIES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 27, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 96–6932. IN RE DELESPINE;
No. 96–6943. IN RE WINKLER; and
No. 96–6963. IN RE MINNIECHESKE. Petitions for writs of habeas corpus denied.

No. 96–6417. IN RE SHEEHY ET VIR; and
No. 96–6920. IN RE VALDES. Petitions for writs of mandamus denied.

No. 95–9482. DOBSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–365. ARNOLD AND BAKER FARMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.